**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

DENNARD WALKER,
    Plaintiff,

v.                             C.A. No. 10-178 S

A.T. WALL,
ET AL.,
    Defendants.

## ORDER

The Report and Recommendation of United States Magistrate Judge Jacob Hagopian filed on June 1, 2010 (document #10), in the above-captioned matter is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed, the Report and Recommendation is accepted in full and Defendants Wall, Auger and Doyle are hereby DISMISSED as parties to the instant action.

By Order,

/s/ _____
Deputy Clerk

ENTER:

/s/ _____
William E. Smith
United States District Judge
Date: 6/28/10